IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**[Filed Electronically]**

| | | |
|---|---|---|
| **JUDY LYNN FRANCIS** | ) | |
| Plaintiff, | ) | Docket No. 3:08-cv-00480 |
| v. | ) | Judge Wiseman |
| **ALLSTATE INSURANCE COMPANY,** | ) | Magistrate Judge Bryant |
| Defendant. | ) | |

___

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
___

As evidenced by the signatures of the undersigned counsel below, Plaintiff Judy Lynn Francis and Defendant Allstate Insurance Company have agreed and stipulated that this Action shall be, and hereby is **DISMISSED WITH PREJUDICE**.

The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party shall pay its own court costs and attorneys' fees.

Entered this the **28th** day of **September**, 20**09**.

_____
**HON. THOMAS WISEMAN,**
**UNITED STATES DISTRICT JUDGE**